UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

**Respire LLC**
 **d/b/a AdvantaClean of North Central Indiana,**
**d/b/a AdvantaClean Environmental of IN, and**
**d/b/a 2Respire LLC**

Case No: 20-0661-JJG-11

Debtor

**Status Report**

In support of the above entitled status report (this "Report"), Respire LLC, dba AdvantaClean of North Central Indiana, dba AdvantaClean Environmental of IN, and dba 2Respire LLC the debtor-in-possession (collectively the "Debtor"), by counsel, respectfully states as follows:

1.   The Debtor filed its petition for relief under Title 11, Chapter 11 of the United States Code on December 4, 2020 (the "Petition Date").

1.   The Debtor has continued after the Petition Date in the possession of its property and the management of its business as Debtor-in-Possession pursuant to 11 U.S.C. §1184 of the Bankruptcy Code (the "Code").

2.   On December 7, 2020, Judy Wolf Weiker was appointed the Subchapter V Trustee in the Debtor's case (the "Trustee").

3.   A Status Conference is set for January 13, 2021 at 1:30 pm (the "Status Conference").

4.   Pursuant to §1188(c) of the Code the Debtor is required to submit this report "that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization."

5. The Debtor *has undertaken* the the following efforts to attain a consensual plan of reorganization:

A. The Debtor filed full and complete schedules on the first day of this case; the Trustee, the US Trustee, creditors, and other parties in interest have had a complete picture of the Debtor's assets and debts as of the Petition Date;

B.   The Debtor has timely provided all information requested in advance of the Initial Debtor Interview with the United States Trustee's office;

C. The Debtor participated in the 341 meeting set in the matter and was available to answer any questions creditors might have about its assets, debtor, and financial affairs;

D. The Debtor is working with its primary lender Huntington National Bank to resolve any issues and discuss the filing of a consensual plan; and

E. The Debtor is currently working with it is franchisor, AdvantaClean Systems, LLC, to discuss agreed rejection and assumption issues related to its franchise agreement.

6. The Debtor intends to timely file its Plan (due March 4, 2021) and *will undertake* the the following efforts to attain a consensual plan of reorganization:

A. When a plan is filed and the Debtor will work with the Trustee to reach a compromise on any edits the Trustee would like to the Plan;

B. The Debtor hopes that once the plan is filed and any compromise is reached with the Trustee, the Trustee will be empowered to contact major unsecured creditors to solicit its support for the Plan; and

C. The Debtor will make itself available to discuss the Plan with creditors prior to the date when votes are due.

7. This Report was due to be filed on December 30, 2020, pursuant to a notice issued by this Court [Doc. No.25].

8. The Debtor requests the Court accept this late filing. Through inadvertence, mistake, or error the December 30, 2020 date did not appear on counsel's calendar. In the alternative, the Debtor requests the status conference be continued so parties have 14 days to review this report prior to the continued status conference.

Respectfully submitted,
HESTER BAKER KREBS, LLC


/s/ Jeffrey M. Hester
Jeffrey M. Hester
Suite 1330
One Indiana Square
Indianapolis, IN 46204
jhester@hbkfirm.com
317.608.1129 direct
317.833.3031 fax

**Certificate Of Service**

I hereby certify that on January 12, 2021, a copy of the foregoing *Status Report* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Damaris Rosich-Schwartz    schwartz@usdoj.gov
- Judy Wolf Weiker. jwwtrustee@manewitzweiker.com
- Jason R. Burke. jburke@bbrlawpc.com
- Amy L. Elson. aelson@bbrlawpc.com

*/s/ Jeffrey M. Hester*
Jeffrey M. Hester